1  Evan Livingstone, SBN 252008
   PO Box 6107
2  Santa Rosa, CA 95406
   Tel (707) 206-6570
3  Cell (707) 326-7338
   Fax (707) 676-9112
4  Email evanlivingtone@sbcglobal.net

5  Attorney for Debtor

6                    UNITED STATES BANKRUPTCY COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8  In re                                  Case No.10-10194

9         Jesus and Elida Lopez            Chapter 7

10        Debtors(s)
   _____/

11

12        Upon the application of the debtor(s) to convert this Chapter 7 case to Chapter 13, IT IS

13 ORDERED as follows:

14        1. The case will be converted from Chapter 7 to Chapter 13 seven days after the date of

15 this order, unless an objection to conversion is filed.

16        2. If an objection is filed, the debtor(s) shall notice a hearing on it and give 10 days

17 notice thereof, unless the court shortens time.

18        IF THE CASE IS CONVERTED, the following is ORDERED:

19        The debtor(s) shall file a Chapter 13 plan within 10 days of the date of conversion, and

20 shall a serve a copy of it and a notice of confirmation hearing on all creditors, the Chapter 13

21 trustee, and the former Chapter 7 trustee. The hearing shall be noticed for the next Chapter 13

22 calendar which is more than 14 days from the date of service. The hearing may not be continued

23 except by court order.

24

4. Within 10 days of the date of conversion, the debtor(s) shall serve on the Chapter 13 trustee copies of all schedules and amendments thereto and copies of all pleadings filed by the Chapter 7 trustee.

5. The Chapter 7 trustee and any professionals he or she may have hired may file proofs of claim for compensation for work performed prior to conversion. The plan shall provide for payment of these claims in full unless they are disallowed.

6. The debtor(s) shall give the Chapter 7 trustee and his or her attorney notice of all Chapter 13 motions, applications, and hearings.

7. The Chapter 13 trustee shall consult with the Chapter 7 trustee concerning the status of the case when converted and the estimated dividend to creditors if the case had remained in Chapter 7.

8. The debtor(s) shall make the first plan payment within 20 days of the conversion, regardless of whether the plan has been confirmed.

9. No estate assets shall be turned over to the debtor(s) without an order of this court.

10. Failure to comply with this order, or to obtain prompt confirmation of a plan, will result in reconversion to Chapter 7. In the event a plan is confirmed but not completed, the case will be reconverted to Chapter 7. Under no circumstances will this case be dismissed without full notice to all parties, an actual hearing, and a finding that dismissal is in the creditors' best interests.

Dated: April 14, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge