David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Advanced Hyperbaric Recovery, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 10-10194 |
| JESUS LOPEZ, and<br>ELIDA LOPEZ, | CHAPTER 13 |
|     Debtors._____/ | STIPULATION FOR ORDER GRANTING<br>RELIEF FROM STAY; ORDER THEREON |

WHEREAS, the parties hereto, hereby stipulate as follows:

1.  That, on March 26, 2010, the Order Granting Relief From Stay was entered as to the Debtors' interest [Docket No. 15], however, the case was converted to Chapter 13 on April 14, 2010 and the automatic stay imposed by 11 U.S.C. § 362 is in effect as to the Chapter 13 Estate;

2.  That the automatic stay imposed by 11 U.S.C. § 362 is hereby terminated with respect to Advanced Hyperbaric Recovery, LLC such that Advanced Hyperbaric Recovery, LLC may proceed with the enforcement of those remedies which are available to it with respect to the real property located at 7155 Gravenstein Highway, Cotati, California, including foreclosure upon and sale of such property and to regain possession of such property;

3. That the 14-day stay provided for in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived; and

4. That an Order in the form set forth below shall be entered herein.

Dated: 5/12/10                    DAVID N. CHANDLER, p.c.

                                  /s/ David N. Chandler, Jr.
                                  DAVID N. CHANDLER, JR.,
                                  Attorney for Advanced Hyperbaric
                                  Recovery, LLC

Dated: 5/11/10

                                  /s/ Ryan C. Wood
                                  RYAN C. WOOD,
                                  Attorney for Chapter 13 Trustee

ORDER

The parties having stipulated,

IT IS SO ORDERED.

Dated: May 13, 2010

                                  Alan Jaroslovsky
                                  U.S. Bankruptcy Judge