```
 1  David N. Chandler, Sr.  SBN 60780
    David N. Chandler, Jr.  SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Advanced Hyperbaric Recovery, LLC
 5
 6                 UNITED STATES BANKRUPTCY COURT
 7                 NORTHERN DISTRICT OF CALIFORNIA
 8
 9  IN RE:                      CASE No. 10-10194

10  JESUS LOPEZ, and            CHAPTER 13
    ELIDA LOPEZ,
11                              OBJECTION TO CONFIRMATION OF
        Debtors.        /       CHAPTER 13 PLAN; MEMORANDUM OF
12                              POINTS AND AUTHORITIES
                                Date: July 19, 2010
13                              Time: 1:30 p.m.
                                Place: 99 South E St.
14                                     Santa Rosa, CA
```

15     Advanced Hyperbaric Recovery, LLC, by and through counsel,

16 hereby objects to confirmation of Debtors' Chapter 13 Plan and

17 represents:

18     1.  Advanced Hyperbaric Recovery, LLC holds a valid and

19 perfected security interest in real property located at 7155

20 Gravenstein Highway, Cotati, California (hereinafter the "Real

21 Property").

22     2.  The security interest secures a principal indebtedness in

23 the amount of $233,733.00 as evidenced by the Promissory Note and

24 the Deed of Trust.  Pursuant to the terms of the Promissory Note,

25 the Debtor is required to tender monthly payments to Advanced

26 Hyperbaric Recovery, LLC in the amount of $1,947.78.

27     3.  Debtor failed to make the monthly payment required under

28

the Note and Deed of Trust for the months of January, 2009 through the present. The total amount required to be paid in order for Debtor to reinstate the loan is in excess of $35,000.00.

4. The [proposed] Chapter 13 Plan seeks to modify the rights of Advanced Hyperbaric Recovery, LLC pursuant to Section 1322(b)((2) by (a) determining the value of the secured claim pursuant to Section 506(a); (b) requiring payments of only $1,400.00 per month during the pendency of the Plan on such secured claim; and (c) providing for a lump sum payment of the secured claim from a sale or refinance which is supposed to occur at 48 months from the effective date of the Plan.

5. The Plan is not confirmable because the provisions applicable to the claim of Advanced Hyperbaric Recovery, LLC violate Section 1325(a)(5)(B)(iii)(I) and Section 1325(a)(6).

WHEREFORE, Advanced Hyperbaric Recovery, LLC prays for an order denying confirmation of the Debtors' Chapter 13 Plan, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: 5/14/10    DAVID N. CHANDLER, p.c.

By: */s/ David N. Chandler, Jr.*
DAVID N. CHANDLER, JR.,
Attorney for Advanced Hyperbaric Recovery, LLC

MEMORANDUM OF POINTS AND AUTHORITIES

1. Pursuant to Section 1325(a)(5)(B)(iii)(I), a plan may not be confirmed unless installment payments on account of secured claims are in the form of equal monthly payments. 11 U.S.C. § 1325(a)(5)(B)(iii)(I). Here, the $1,400.00 installment payments

are not equal to the lump sum payment that is to be made upon sale or refinance and, as such, the Plan cannot be confirmed. See <u>In re Hamilton</u> (1st Cir.BAP 2009) 401 B.R. 539, 543.

  2. Pursuant to Section 1325(a)(6), a plan may not be confirmed unless it is feasible. 11 U.S.C. § 1325(a)(6). Here, the Debtors cannot demonstrate a sufficient likelihood that a sale or refinance will happen 48 months from the effective date of the Plan.

  3. Confirmation of the Plan must be denied because the Plan violates Section 1325(a)(5)(B)(iii)(I) and Section 1325(a)(6).

Dated: 5/14/10        DAVID N. CHANDLER, p.c.

                By: */s/ David N. Chandler, Jr.*
                DAVID N. CHANDLER, JR.,
                Attorney for Advanced Hyperbaric Recovery, LLC